UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **Mariners Pac Ventures, LLC** | **CIVIL ACTION NO: 1:20-cv-00330-JDL** |
| Plaintiff | |
| vs. | RE: VACANT REAL PROPERTY<br>23 Canabas Avenue, Waterville, ME 04901 |
| **Ricky W. Michaud and Kerri A. Michaud** | Mortgage:<br>June 25, 2009 |
| Defendants | Book 10152, Page 55 |

### JUDGMENT OF FORECLOSURE AND SALE

**Address: 23 Canabas Avenue, Waterville, ME 04901**
**Mortgage: June 25, 2009, Book: 10152, Page: 55**

This matter came before the Court pursuant to the Default entered on January 19, 2021 against Defendants, Kerri A. Michaud and Ricky W. Michaud [ECF 16], Fed. R. Civ. P. 55(b), this Court's Procedural Orders dated February 25, 2021 [ECF 18 and 19], and the General Orders in response to the recent outbreak of Coronavirus Disease 2019 (COVID-19) in accordance with the *Pandemic/Infectious Disease Plan for the United States District Court for the District of Maine* (March 2020).

Plaintiff, Mariners Pac Ventures, LLC ("Mariners Pac"), was represented by John A. Doonan, Esq. None of the Defendants appeared or opposed Plaintiff's Motion for Default Judgment of Foreclosure and Sale. All persons interested having been duly notified in accordance with the law, and after consideration of the Affidavits with supporting documentary evidence and Memorandum of Law in Support of Plaintiff's Motion for Default Judgment on Documentary Evidence, the Plaintiff's Motion for Default Judgment is **GRANTED**.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Mariners Pac Ventures, LLC ("Mariners Pac") the amount adjudged due and owing as of April 26, 2021 (attorney's fees and deficiency are waived) ($166,095.47) within 90 days of the date of the Judgment, as that

time period is calculated in accordance with 14 M.R.S.A. § 6322, Mariners Pac shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $85,645.76 |
| Interest | $39,324.35 |
| Funds owed by Borrower – Taxes/PMI/Insurance | $17,215.82 |
| Prior Servicer Corporate Advance | $22,839.12 |
| Prior Servicer 3rd Party Corporate Advance | $1,030.42 |
| Grand Total | $166,095.47 |

2. If the Defendants or their heirs or assigns do not pay Mariners Pac the amount adjudged due and owing ($166,095.47) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Waterville Property shall terminate, and Mariners Pac shall conduct a public sale of the Waterville Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds, first to itself in the amount of $166,095.47 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. Mariners Pac may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency in its Motion.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal

4. The amount due and owing is $166,095.47 as of April 26, 2021.

5. The priority of interests is as follows:

- Mariners Pac Ventures, LLC has first priority, in the amount of $166,095.47,

        pursuant to the subject Note and Mortgage and there are no parties-in-interest other than the Defendants, Ricky W. Michaud and Kerri A. Michaud, who have second priority.

6. The pre-judgment interest rate is 5.75%, see 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 6.09%, see 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | Mariners Pac Ventures, LLC<br>c/o SN Servicing Corporation,<br>323 Fifth Street<br>Eureka, CA 95501 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Kerri A. Michaud<br>16 LaSalle Street, Apt. 2<br>Winslow, ME 04901-7021 | Defaulted<br>Pro Se |
|  | Ricky W. Michaud<br>12 Bell Street<br>Waterville, ME 04901-4418 | Defaulted<br>Pro Se |

a) The docket number of this case is 1:20-cv-00330-JDL.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 23 Canabas Avenue, Waterville, ME 04901 set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 23 Canabas Avenue, Waterville, ME 04901. The Mortgage was executed by the Defendants, Ricky W. Michaud and Kerri A. Michaud, on

June 25, 2009. The book and page number of the Mortgage in the Kennebec Registry of Deeds is Book 10152, Page 55.

e) This Judgment shall not create any personal liability on the part of the Defendants, but shall act solely as an *in rem* judgment against the property, 23 Canabas Avenue, Waterville, ME 04901.

**SO ORDERED.**

Dated: June 8, 2021

                                                               /s/ Jon D. Levy
                                             **CHIEF U.S. DISTRICT JUDGE**